**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MICHAEL S. HANES
KRISTEN L HANES

Case No. 20-70109JAD

          Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

          Movant
vs.
SYNCHRONY BANK

Document No __

          Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

TRUSTEE HAS SEVERAL TIMES RECEIVED RETURNED CHECKS WHICH INDICATE CREDITOR IS HAVING DIFFICULTY IDENTIFYING CORRECT ACCOUNT IN ORDER TO APPLY PAYMENT. TRUSTEE HAS WORKED WITH CREDITOR'S CONTACT ON SEVERAL OCCASIONS AND CONTACT HAS ASSURED TRUSTEE'S REPRESENTATIVE THAT MATTER HAS BEEN INTERNALLY ADDRESSED. THE MATTER HAS NOT BEEN SUCCESSFULLY ADDRESSED BECAUSE PAYMENT HAS ONCE AGAIN BEEN RETURNED.

SYNCHRONY BANK
PO BOX 669805
DALLAS, TX 75266-0757

Court claim# 25/Trustee CID# 6

The Movant further certifies that on 04/24/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

DEBTOR(S):
MICHAEL S. HANES, KRISTEN L HANES, 430 PENNSYLVANIA AVENUE, CURWENSVILLE, PA  16833

ORIGINAL CREDITOR:
SYNCHRONY BANK, PO BOX 669805, DALLAS, TX  75266-0757

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658