

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

April 27, 2023

Clerk, US Bankruptcy Court
Western District of Pennsylvania

**<u>WITHDRAWAL OF PROOF OF CLAIM</u>**

Re: Michael S. Hanes and Kristen L. Hanes
Case Number 20-70109

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 1, claim amount $5990.76 date filed 03/04/2020.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Ronda J. Winnecour - Chapter 13 Trustee
Kenneth P. Seitz   – Attorney for Debtor's