# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In RE:** | **Chapter:** 13 |
| MICHAEL S. HANES | **Claim Number:** 25 |
| KRISTEN L HANES | **Case Number:** 20-70109 |
| **Debtor(s)** | |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to NOTICES and PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM:

Synchrony Bank, Attn. Bankruptcy Department

PO Box 530912

Atlanta, GA 30353-0912

TO:

Synchrony Bank c/o AIS Portfolio Services LLC

4515 N Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**PAYMENT ADDRESS**

FROM:

Synchrony Bank, Attn. Bankruptcy Department

PO Box 530912

Atlanta, GA 30353-0912

TO:

Synchrony Bank

PO Box 669805

Dallas, TX 75266-0757

Date: 06/28/2023

/s/ Kuntal Dongre
Creditor's Authorized Agent for Synchrony Bank

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

In RE:

MICHAEL S. HANES
KRISTEN L HANES

Debtor(s)

Chapter: 13

Case Number: 20-70109

## Certificate of Service

I certify that on 06/28/2023, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
KENNETH P SEITZ
THEDEBTERASERS@AOL.COM

Trustee
RONDA J WINNECOUR

United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Kuntal Dongre
Kuntal Dongre
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com

## **LIMITED POWER OF ATTORNEY**

In accordance with the MASTER SERVICES AGREEMENT dated August 1, 2020 (the "Agreement") by and between RETAIL FINANCE INTERNATIONAL HOLDINGS, INC., a wholly owned subsidiary of Synchrony Financial and an affiliate of Synchrony Bank, on behalf of itself and for the benefit of its affiliates ("RFIH"), and AIS INFOSOURCE, LP, an affiliate of AIS PORTFOLIO SERVICES, LLC, RFIH and Synchrony Bank hereby name, constitute, and appoint AIS INFOSOURCE, LP ("AIS"), or any of its authorized agents (including AIS Portfolio Services, LLC), employees or representatives, its duly authorized attorney and agent with limited power and authority to file, maintain and defend proofs of claim for Accounts, as that term is defined in the Agreement, serviced on behalf of Synchrony Bank, and otherwise service the Accounts.

RFIH and Synchrony Bank hereby appoint AIS, its successors and assigns, as the true and lawful attorney respectively, with full power of substitution, and give and grant to AIS, and its successors, full power and authority, at any time and from time to time, to file proofs of claim for the Accounts in the name of Synchrony Bank, and to take any other such action as may be required to effect the filing of such proofs of claim and to receive notices and payments relating thereto and to otherwise service the Accounts in accordance with the Agreement.

This Limited Power of Attorney shall be effective upon the date of execution below and the authority shall expire upon June 20, 2024.

IN WITNESS WHEREOF, RFIH and Synchrony Bank have caused this instrument to be duly executed this 20 day of June, 2023, by its duly authorized officers.

RETAIL FINANCE INTERNATIONAL HOLDINGS, INC.

By: _____

Title: Vice President, CFO & Treasurer

STATE OF: Connecticut

COUNTY OF: Fairfield

On this 20 day of June, 2023, before me personally appeared Brian Wenzel who acknowledged himself to be the Vice President, CFO & Treasurer of RETAIL FINANCE INTERNATIONAL HOLDINGS, INC., and that he, as such officer, being authorized to do so, executed the foregoing instrument for the same purposes herein contained, by signing the name of RETAIL FINANCE INTERNATIONAL HOLDINGS, INC. by himself as Vice President, CFO & Treasurer.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this 20 of June, 2023.

_[Notary signature]_

Notary Stamp & Signature
NICOLE L. INTRIERI
My commission expires: 6/30/2024

Synchrony Bank
By: _[signature]_
Title: EVP & Chief Financial Officer

STATE OF: Connecticut

COUNTY OF: Fairfield

On this 20 day of June, 2023, before me personally appeared Brian Wenzel who acknowledged himself to be the EVP & Chief Financial Officer of Synchrony Bank, and that he, as such officer, being authorized to do so, executed the foregoing instrument for the same purposes herein contained, by signing the name of Synchrony Bank by himself as EVP & Chief Financial Officer.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this 20 of June, 2023.

_[Notary signature]_

Notary Stamp & Signature
NICOLE L. INTRIERI
My commission expires: 6/30/2024