

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

20-70109

DEBTOR(S):

MICHAEL S HANES

KRISTEN L HANES

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $538.87

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/14/2024