UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Michael Hanes | CHAPTER: 13 |
| 430 Pennsylvania AVE | CASE NUMBER: 20-70109 |
| Curwensville, PA 16833 | CLAIM AMOUNT: $290.31 |

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/15/2020, in the amount of $290.31.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 14th day of March, 2024.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                                Michael Hanes
                                                     430 Pennsylvania AVE
                                                     Curwensville, PA 16833

    Debtor's Attorney:                Kenneth Seitz
                                                     PO BOX 211
                                                     Ligonier, PA 15658

    Chapter 13 Trustee:              Ronda Winnecour
                                                     600 Grant St
                                                     Pittsburgh, PA 15219-2712

by submitting electronically with the court.

    This 14th day of March, 2024.

                                                     Jefferson Capital Systems LLC

                                                     By: /s/ Karen Borgmann
                                                     Karen Borgmann   Bankruptcy Specialist

                                                     Jefferson Capital Systems, LLC
                                                     200 14th Avenue E
                                                     Sartell, MN 56377
                                                     (800) 928-7314