**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/14/2024

IN RE:

MICHAEL S. HANES
KRISTEN L HANES
430 PENNSYLVANIA AVENUE
CURWENSVILLE,  PA  16833
XXX-XX-6521           Debtor(s)

XXX-XX-7179

Case No.20-70109 JAD

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/14/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5479 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O FLAGSTAR BANK FSB<br>ATTN BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 3/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5063 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 8<br>CLAIM: 5,329.99<br>COMMENT: CL8GOV@6%/PL*PMT/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9561 |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA****<br>PO BOX 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 23<br>CLAIM: 13,147.48<br>COMMENT: CL23GOV@6%/PL*PMT/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6154 |
| **SYNCHRONY BANK**<br>PO BOX 669805<br>DALLAS, TX 75266-0757 | Trustee Claim Number: 6   INT %: 6.00%<br>Court Claim Number: 25<br>CLAIM: 6,315.33<br>COMMENT: CL25GOV@6%/PL*PMT/CONF*POLARIS/GEMB/GECRB | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0050 |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,708.00<br>COMMENT: CL6GOV@0%/PL*45.14/MO*W/47 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7816 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA 17601 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7816 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2442 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CABELAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9603 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 447.46<br>COMMENT: X8609/SCH*MAURICES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3243 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 3,058.19<br>COMMENT: REF3508084968*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 559.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0807 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,520.71<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6829 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1337 |
| **CENTRE PATHOLOGY ASSOC**<br>POB 197<br>STATE COLLEGE, PA  16804 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2811 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 879.79<br>COMMENT: COMENITY*KAY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3850 |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br>ALTOONA, PA  16601-1940 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RESCUE HOSE LADDER/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2001 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MT NITTANY ANESTHESIA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8838 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,388.31<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1649 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DR MELANIE JORDAN**<br>816 STATE<br><br>CURWENSVILLE, PA  16833 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6800 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MC ELITE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8003 |
| **JOHNSON MOTORS**<br>1891 BLINKER PKWY<br><br>DUBOIS, PA  15801 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6679 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  6,027.78<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2401 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  3,420.44<br>COMMENT:  SLATE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5376 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  641.08<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8361 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  307.29<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6120 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  2,258.23<br>COMMENT:  X7664/SCH*CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8605 |
| **MOHELA**<br>633 SPIRIT DR<br><br>CHESTERFIELD, MO  63005-1243 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  1,169.17<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3755 |

CLAIM RECORDS　　　　Case 20-70109-JAD    Doc 69    Filed 03/14/24    Entered 03/14/24 14:36:22    Desc
Page 6 of 8

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **PENN HIGHLANDS DUBOIS**<br>PO BOX 447<br><br>DUBOIS, PA 15801-0447 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5902 |
| **PHOENIX FINANCIAL SERVICES**<br>11100 USA PARKWAY STE B-100<br><br>FISHERS, IN 46037 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD EMRGNCY/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9808 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 1,053.40<br>COMMENT: CITIBANK/SEARS*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5942 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 2,818.68<br>COMMENT: X5370/SCH*DTR2 IS COSIGNER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7179 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 11,917.74<br>COMMENT: SEARS MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6647 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:28<br>CLAIM: 783.15<br>COMMENT: CARE CREDIT*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6749 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 1,264.18<br>COMMENT: REF 3540825363*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0993 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 3,580.95<br>COMMENT: REF 3540752085*SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5479 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:26<br>CLAIM: 1,930.92<br>COMMENT: REF 3540815226*SYNCHRONY*SAMS CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3594 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 5,095.16<br>COMMENT: SYNCHRONY*WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6178 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RENOVATE**<br>PO BOX 731<br><br>MAHAWAH, NJ 07430 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TD RCS/SCH*NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7816 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>PO BOX 2489<br><br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 886.52<br>COMMENT: X9313/SCH*CAP 1*COA*DOC 65 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9603 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 1,471.76<br>COMMENT: TRACTOR SUPPLY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9260 |
| **APOTHAKER & ASSOC**<br>520 FELLOWSHIP RD C 306<br><br>MOUNT LAUREL, NJ 08054 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY INVESTMENTS LLC - ASSIGNEE***<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: NT/SCH*AMERICREDIT*STALE CL@ $5990.76 W/D*DOC 62 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0838 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 538.87<br>COMMENT: NT/SCH*FIRST PREMIER BANK*STALE*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3140 |
| **TD RETAIL CARD SERVICES**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,253.02<br>COMMENT: NO GEN UNS/SCH*W/7 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7816 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 290.31<br>COMMENT: REF2705141240*NT/SCH*FINGERHUT*STALE*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1243 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O FLAGSTAR BANK FSB<br>ATTN BANKRUPTCY DEPT<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 38.64<br>COMMENT: CL19GOV*0/PL*THRU 2/20 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5063 |
| **PINNACLE SERVICE SOLUTIONS LCC**<br>4408 MILESTRIP RD #247<br><br>BLASDELL, NY 14219 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 1,411.00<br>COMMENT: NT/SCH*INSUFF POD*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4262 |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN/PRAE | |