

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell NY, 14219
Phone: (877)-344-8205
Fax:    (877)-344-8206
Email: info@pinnaclesolv.com

# WITHDRAWAL OF CLAIM

*United States Bankruptcy Court for the*:
**PENNSYLVANIA U.S. Bankruptcy Court – Johnstown**

*Debtor Name and Case Number:*
**HANES, MICHAEL**
**20-70109**

*Creditor Name and Address:*
**Pinnacle Service Solutions LLC**
**4408 Milestrip Rd, #247**
**Blasdell NY, 14219**

| | |
|---|---|
| Court Claim Number: | **24** |
| Date Claim Filed: | **05/06/2020** |
| Total Amount of Claim Filed: | **$1,411.00** |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated:  04/10/2024

/s/  Jordan Winsor

**Jordan Winsor**
**Claims Agent**

---

** Please send any bankruptcy or related notices on this account to our attention at the following address:
Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell NY, 14219
Phone: (877)-344-8205
Fax:    (877)-344-8206
Email: info@pinnaclesolv.com
_____

** Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records.