UNITED STATES BANKRUPTCY Western District of Pennsylvania (Johnstown)

In Re: Michael S. Hanes

Kristen L. Hanes

      )      Chapter #13 Case No. 20-70109

_____

      )
      )      Judge Jeffrey A. Deller

Debtor(s)      )      **Satisfaction of proof of claim 23-1**

      Now comes KeyBank, NA and hereby provide notice of satisfaction of Proof of Claim associated with claim 23-1.

Respectfully submitted,

/s/ Eddie McTear
KeyBank, NA
4910 Tiedeman Road
Brooklyn, OH 44144
877-338-9436

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Satisfaction of proof of Claim 5-1 was sent by electronic or regular U.S. mail on August 8, 2024, to the following:

**Trustee:**

**Ronda J. Winnecour**
(Electronic mail)

**US Trustee**
(Electronic mail)

**Debtors:**

**Michael S. Hanes**

**Kristen L. Hanes**
**430 Pennsylvania Avenue**

**Curwensville, PA 16833**

/s/ Eddie McTear

KeyBank, NA
4910 Tiedeman Road
Brooklyn, OH 44144
877-338-9436