2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 20-70109-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael S. Hanes
430 Pennsylvania Avenue
Curwensville PA 16833

Kristen L Hanes
430 Pennsylvania Avenue
Curwensville PA 16833

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/27/2025.

Name and Address of Alleged Transferor(s):

Claim No. 19: LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098

Name and Address of Transferee:

M&T BANK as Servicer LAKEVIEW LOAN SERVICING, LLC
PO BOX 840
Buffalo, NY 1424

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/01/25

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael S. Hanes  
Kristen L Hanes  
    Debtors

Case No. 20-70109-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: Feb 27, 2025      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15234899 | + Email/Text: SERVICINGMAILHUB@flagstar.com | Feb 28 2025 01:22:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Brent J. Lemon  
    on behalf of Creditor Lakeview Loan Servicing  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon  
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Kenneth P. Seitz  
    on behalf of Joint Debtor Kristen L Hanes thedebterasers@aol.com

Kenneth P. Seitz  
    on behalf of Debtor Michael S. Hanes thedebterasers@aol.com

District/off: 0315-7 | User: auto | Page 2 of 2
---|---|---
Date Rcvd: Feb 27, 2025 | Form ID: trc | Total Noticed: 1

Maria Miksich
    on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 8