**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael S. Hanes**
**aka Mike Hanes**
**Kristen L Hanes**
**fka Kristen L Nixon**
    Debtor(s)

Bankruptcy Case No.: 20−70109−JAD
Related to Doc. #86
Chapter: 13
Docket No.: 87 − 86

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of June, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/18/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/26/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/18/25.**

                                            <u>Jeffery A. Deller</u>
                                            United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70109-JAD |
| Michael S. Hanes | Chapter 13 |
| Kristen L Hanes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 26, 2025 | Form ID: 408 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S. Hanes, Kristen L Hanes, 430 Pennsylvania Avenue, Curwensville, PA 16833-1366 |
| 15208311 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15208317 | + | Centre Pathology Associates, P.O. Box 197, State College, PA 16804-0197 |
| 15208321 | + | David J. Apothaker, Esquire, Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15208323 | + | Dr. Melanie E. Jordan, 816 State Street, Curwensville, PA 16833-1039 |
| 15208327 | + | Johnson Motors, Inc., 1891 Blinker Parkway, Du Bois, PA 15801-5238 |
| 16504796 | | M&T BANK as Servicer LAKEVIEW LOAN SERVICING, LLC, PO BOX 840, Buffalo, NY 1424 |
| 15208334 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2025 00:25:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:44:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:26 | Pinnacle Service Solutions LLC, Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219, UNITED STATES 14219-2553 |
| 15208308 | ^ | MEBN | Jun 27 2025 00:18:14 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15208309 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2025 00:24:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15232679 | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15208316 | ^ | MEBN | Jun 27 2025 00:18:15 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15208310 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:18 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15208312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:13 | Capital One, Po Box 30253, Salt Lake City, UT |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15215263 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:57:11 | 84130-0253 Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15208313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:35 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15226828 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:56:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15208314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:42:46 | Carrie Gerding, Esquire, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15211422 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2025 00:25:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15208315 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2025 00:25:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 15218084 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2025 00:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15239371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:42:53 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15208318 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenitybank/kay, Po Box 182789, Columbus, OH 43218-2789 |
| 15208320 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 27 2025 00:25:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15212513 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15208322 | + | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15208324 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 00:22:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15208325 | + | Email/Text: bankruptcy@huntington.com | Jun 27 2025 00:24:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15208326 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15230438 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229466 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15208328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15208329 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2025 00:25:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15208330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:03 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15234899 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 00:22:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15212154 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15208332 | | Email/Text: EBN@Mohela.com | Jun 27 2025 00:22:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |

Case 20-70109-JAD    Doc 88    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 408 | Total Noticed: 67 |

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| 15208331 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 00:24:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15233270 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15211676 | | Email/PDF: cbp@omf.com | Jun 27 2025 01:16:07 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15208333 | + | Email/PDF: cbp@omf.com | Jun 27 2025 01:18:17 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15239997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:44:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15238759 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:42:47 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 15208336 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:43:30 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15236717 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15231315 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 27 2025 00:25:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15208337 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 27 2025 00:25:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15208338 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:43:49 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15208339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15208340 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:57:41 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15208341 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:57:33 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15208342 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:17:58 | Syncb/polaris Consumer, Po Box 965073, Orlando, FL 32896-5073 |
| 15208343 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:18 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15239386 | ^ | MEBN | Jun 27 2025 00:19:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15239096 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 00:42:46 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15209346 | ^ | MEBN | Jun 27 2025 00:19:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208344 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:42:46 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 15216625 | + | Email/Text: tdebn@credbankserv.com | Jun 27 2025 00:23:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15208345 | + | Email/Text: bankruptcy@td.com | Jun 27 2025 00:25:00 | Tdrcs/renovate, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 15208346 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2025 00:23:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15220101 | + | Email/Text: bankruptcy@huntington.com | Jun 27 2025 00:24:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

Case 20-70109-JAD    Doc 88    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 408 | Total Noticed: 67 |

| 15208347 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|---|---|---|---|---|
| | | | Jun 27 2025 00:43:37 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Cavalry Investments, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15208319 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15208335 | ##+ | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 28, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kristen L Hanes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael S. Hanes thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com |

TOTAL: 8