**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL S. HANES
KRISTEN L HANES
    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:20-70109 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/28/2020 and confirmed on 6/29/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,942.81 |
| Less Refunds to Debtor | 44.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,898.63 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,890.15 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,390.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 43,268.39 | 0.00 | 43,268.39 |
|     Acct: 1906 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 38.64 | 38.64 | 0.00 | 38.64 |
|     Acct: 1906 | | | | |
|   SYNCHRONY BANK | 6,315.33 | 6,315.33 | 1,061.12 | 7,376.45 |
|     Acct: 0050 | | | | |
|   TD RETAIL CARD SERVICES | 2,708.00 | 2,708.00 | 0.00 | 2,708.00 |
|     Acct: 7816 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 5,329.99 | 5,329.99 | 880.61 | 6,210.60 |
|     Acct: 9561 | | | | |
|   KEYBANK NA S/B/M FIRST NIAGARA BAN | 11,226.40 | 11,226.40 | 2,125.81 | 13,352.21 |
|     Acct: 6154 | | | | |
| | | | | 72,954.29 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S. HANES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S. HANES | 44.18 | 44.18 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7816 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2442 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9603 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 447.46 | 94.46 | 0.00 | 94.46 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3243 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 3,058.19 | 645.58 | 0.00 | 645.58 |
| | Acct: 1003 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 559.57 | 118.13 | 0.00 | 118.13 |
| | Acct: 0807 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 1,520.71 | 321.02 | 0.00 | 321.02 |
| | Acct: 6829 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1337 | | | | |
| | CENTRE PATHOLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2811 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 879.79 | 185.72 | 0.00 | 185.72 |
| | Acct: 3850 | | | | |
| | CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2001 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8838 | | | | |
| | DISCOVER BANK(*) | 2,388.31 | 504.17 | 0.00 | 504.17 |
| | Acct: 1649 | | | | |
| | DR MELANIE JORDAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6800 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8003 | | | | |
| | JOHNSON MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6679 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 6,027.78 | 1,272.45 | 0.00 | 1,272.45 |
| | Acct: 2401 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 3,420.44 | 722.05 | 0.00 | 722.05 |
| | Acct: 5376 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 641.08 | 135.33 | 0.00 | 135.33 |
| | Acct: 8361 | | | | |
| | CAPITAL ONE NA** | 307.29 | 64.87 | 0.00 | 64.87 |
| | Acct: 6120 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 2,258.23 | 476.71 | 0.00 | 476.71 |
| | Acct: 8605 | | | | |
| | MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 1,169.17 | 246.81 | 0.00 | 246.81 |
| | Acct: 3755 | | | | |
| | PENN HIGHLANDS DUBOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5902 | | | | |
| | PHOENIX FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9808 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL | 1,053.40 | 222.37 | 0.00 | 222.37 |
| | Acct: 5942 | | | | |
| | SALLIE MAE BANK | 2,818.68 | 595.02 | 0.00 | 595.02 |
| | Acct: 7179 | | | | |
| | CITIBANK NA** | 11,917.74 | 2,515.82 | 0.00 | 2,515.82 |
| | Acct: 6647 | | | | |
| | SYNCHRONY BANK** | 783.15 | 165.32 | 0.00 | 165.32 |
| | Acct: 6749 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,264.18 | 266.87 | 0.00 | 266.87 |
| | Acct: 0993 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 3,580.95 | 755.94 | 0.00 | 755.94 |
| | Acct: 5479 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,930.92 | 407.62 | 0.00 | 407.62 |
| | Acct: 3594 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 5,095.16 | 1,075.59 | 0.00 | 1,075.59 |
| | Acct: 6178 | | | | |
| | RENOVATE++ | 0.00 | 0.00 | 0.00 | 0.00 |

20-70109 JAD                                                                                                  Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7816 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 886.52 | 187.14 | 0.00 | 187.14 |
| Acct: 9603 | | | | |
| CITIBANK NA** | 1,471.76 | 310.69 | 0.00 | 310.69 |
| Acct: 9260 | | | | |
| CAVALRY INVESTMENTS LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0838 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3140 | | | | |
| TD RETAIL CARD SERVICES | 1,253.02 | 264.51 | 0.00 | 264.51 |
| Acct: 7816 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1243 | | | | |
| PINNACLE SERVICE SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4262 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5479 | | | | |
| PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| APOTHAKER SCIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 11,554.19 |
| **TOTAL PAID TO CREDITORS** | | | | 84,508.48 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED       25,618.36
UNSECURED     54,733.50


Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL S. HANES
KRISTEN L HANES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-70109 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-70109-JAD

Michael S. Hanes     Chapter 13

Kristen L Hanes

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4

Date Rcvd: Jun 26, 2025     Form ID: pdf900     Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S. Hanes, Kristen L Hanes, 430 Pennsylvania Avenue, Curwensville, PA 16833-1366 |
| 15208311 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15208317 | + | Centre Pathology Associates, P.O. Box 197, State College, PA 16804-0197 |
| 15208321 | + | David J. Apothaker, Esquire, Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15208323 | + | Dr. Melanie E. Jordan, 816 State Street, Curwensville, PA 16833-1039 |
| 15208327 | + | Johnson Motors, Inc., 1891 Blinker Parkway, Du Bois, PA 15801-5238 |
| 16504796 | | M&T BANK as Servicer LAKEVIEW LOAN SERVICING, LLC, PO BOX 840, Buffalo, NY 1424 |
| 15208334 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2025 00:25:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:44:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:26 | Pinnacle Service Solutions LLC, Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219, UNITED STATES 14219-2553 |
| 15208308 | ^ | MEBN | Jun 27 2025 00:18:15 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15208309 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2025 00:24:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15232679 | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2025 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15208316 | ^ | MEBN | Jun 27 2025 00:18:16 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15208310 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:11 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15208312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 01:28:50 | Capital One, Po Box 30253, Salt Lake City, UT |

Case 20-70109-JAD    Doc 89    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15215263 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | 84130-0253 |
| | | | Jun 27 2025 00:57:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15208313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15226828 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:44:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15208314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 01:18:06 | Carrie Gerding, Esquire, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15211422 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2025 00:25:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15208315 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2025 00:25:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 15218084 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2025 00:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15239371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:57:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15208318 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenitybank/kay, Po Box 182789, Columbus, OH 43218-2789 |
| 15208320 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 27 2025 00:25:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15212513 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15208322 | + | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15208324 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 00:22:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15208325 | + | Email/Text: bankruptcy@huntington.com | Jun 27 2025 00:24:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15208326 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15230438 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229466 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15208328 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 00:44:17 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15208329 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2025 00:25:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15208330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 01:39:11 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15234899 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 00:22:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15212154 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:42:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15208332 | | Email/Text: EBN@Mohela.com | Jun 27 2025 00:22:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |

Case 20-70109-JAD    Doc 89    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 15208331 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 00:24:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15233270 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15211676 | | Email/PDF: cbp@omf.com | Jun 27 2025 00:42:46 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15208333 | + | Email/PDF: cbp@omf.com | Jun 27 2025 00:57:50 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15239997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:57:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15238759 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:57:02 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 15208336 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:57:22 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15236717 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15231315 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 27 2025 00:25:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15208337 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 27 2025 00:25:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15208338 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:44:42 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15208339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:42:54 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15208340 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15208341 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:41 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15208342 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:56:28 | Syncb/polaris Consumer, Po Box 965073, Orlando, FL 32896-5073 |
| 15208343 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:13 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15239386 | ^ | MEBN | Jun 27 2025 00:19:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15239096 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2025 00:44:42 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15209346 | ^ | MEBN | Jun 27 2025 00:19:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208344 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:15:04 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 15216625 | + | Email/Text: tdebn@credbankserv.com | Jun 27 2025 00:23:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15208345 | + | Email/Text: bankruptcy@td.com | Jun 27 2025 00:25:00 | Tdrcs/renovate, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 15208346 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2025 00:23:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15220101 | + | Email/Text: bankruptcy@huntington.com | Jun 27 2025 00:24:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

Case 20-70109-JAD    Doc 89    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
Certificate of Notice    Page 9 of 9

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| 15208347 | | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|---|---|---|---|---|---|
| | | | | Jun 27 2025 00:55:54 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 59

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Cavalry Investments, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15208319 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15208335 | ##+ | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kristen L Hanes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael S. Hanes thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 8