**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re: <br>    MICHAEL S. HANES <br>    KRISTEN L HANES <br>        Debtor(s) | Case No. 20-70109JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2020.

2) The plan was confirmed on 06/29/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/18/2020, 02/17/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/24/2025.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $48,984.00.

10) Amount of unsecured claims discharged without full payment: $51,397.65.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $92,942.81 |
| Less amount refunded to debtor | $44.18 |
| **NET RECEIPTS:** | **$92,898.63** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,890.15 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,390.15** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| APEX ASSET | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 731.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 886.00 | 886.52 | 886.52 | 187.14 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 4,914.00 | 5,095.16 | 5,095.16 | 1,075.59 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 559.00 | 559.57 | 559.57 | 118.13 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 307.00 | 307.29 | 307.29 | 64.87 | 0.00 |
| CAPITAL ONE** | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC - ASSIG | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 1,520.00 | 1,520.71 | 1,520.71 | 321.02 | 0.00 |
| CBCS | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| CENTRE PATHOLOGY ASSOC | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA** | Unsecured | 11,869.00 | 11,917.74 | 11,917.74 | 2,515.82 | 0.00 |
| CITIBANK NA** | Unsecured | 1,533.00 | 1,471.76 | 1,471.76 | 310.69 | 0.00 |
| CREDIT CONTROL COLLECTIONS | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMPANY | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,388.00 | 2,388.31 | 2,388.31 | 504.17 | 0.00 |
| DR MELANIE JORDAN | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 5,271.00 | 5,329.99 | 5,329.99 | 5,329.99 | 880.61 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 2,993.00 | 3,058.19 | 3,058.19 | 645.58 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 3,058.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,306.00 | 1,264.18 | 1,264.18 | 266.87 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 3,618.00 | 3,580.95 | 3,580.95 | 755.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,837.00 | 1,930.92 | 1,930.92 | 407.62 | 0.00 |
| JOHNSON MOTORS | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/T | Unsecured | 6,020.00 | 6,027.78 | 6,027.78 | 1,272.45 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/T | Unsecured | 3,420.00 | 3,420.44 | 3,420.44 | 722.05 | 0.00 |
| JPMORGAN CHASE BANK NA S/B/M/T | Unsecured | 641.00 | 641.08 | 641.08 | 135.33 | 0.00 |
| KEYBANK NA S/B/M FIRST NIAGARA | Secured | 13,509.00 | 13,147.48 | 11,226.40 | 11,226.40 | 2,125.81 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 68,338.00 | 66,733.19 | 0.00 | 43,268.39 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 0.00 | 38.64 | 38.64 | 38.64 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,258.00 | 2,258.23 | 2,258.23 | 476.71 | 0.00 |
| MOHELA | Unsecured | 17,086.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) | Unsecured | 1,134.00 | 1,169.17 | 1,169.17 | 246.81 | 0.00 |
| PENN HIGHLANDS DUBOIS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERVICES++ | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE SERVICE SOLUTIONS LLC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,379.00 | 1,053.40 | 1,053.40 | 222.37 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 852.00 | 879.79 | 879.79 | 185.72 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 447.00 | 447.46 | 447.46 | 94.46 | 0.00 |
| RENOVATE++ | Unsecured | 4,037.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE BANK | Unsecured | 2,818.00 | 2,818.68 | 2,818.68 | 595.02 | 0.00 |
| SYNCHRONY BANK | Secured | 6,275.00 | 6,315.33 | 6,315.33 | 6,315.33 | 1,061.12 |
| SYNCHRONY BANK** | Unsecured | 783.00 | 783.15 | 783.15 | 165.32 | 0.00 |
| TD RETAIL CARD SERVICES | Secured | 2,708.00 | 2,708.00 | 2,708.00 | 2,708.00 | 0.00 |
| TD RETAIL CARD SERVICES | Unsecured | 0.00 | 1,253.02 | 1,253.02 | 264.51 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $43,268.39 | $0.00 |
| Mortgage Arrearage | $38.64 | $38.64 | $0.00 |
| Debt Secured by Vehicle | $16,556.39 | $16,556.39 | $3,006.42 |
| All Other Secured | $9,023.33 | $9,023.33 | $1,061.12 |
| **TOTAL SECURED:** | **$25,618.36** | **$68,886.75** | **$4,067.54** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,733.50** | **$11,554.19** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,390.15 |
| Disbursements to Creditors | $84,508.48 |
| **TOTAL DISBURSEMENTS:** | **$92,898.63** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/22/2025                          By: /s/ Ronda J. Winnecour
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Ac exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**