| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael S. Hanes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6521<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kristen L Hanes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7179<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20–70109–JAD | | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Michael S. Hanes                                        Kristen L Hanes
    aka Mike Hanes                                        fka Kristen L Nixon

    <u>8/20/25</u>                                              **By the court:** <u>Jeffery A. Deller</u>
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70109-JAD |
| Michael S. Hanes | Chapter 13 |
| Kristen L Hanes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 20, 2025 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S. Hanes, Kristen L Hanes, 430 Pennsylvania Avenue, Curwensville, PA 16833-1366 |
| 15208311 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15208317 | + | Centre Pathology Associates, P.O. Box 197, State College, PA 16804-0197 |
| 15208321 | + | David J. Apothaker, Esquire, Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15208323 | + | Dr. Melanie E. Jordan, 816 State Street, Curwensville, PA 16833-1039 |
| 15208327 | + | Johnson Motors, Inc., 1891 Blinker Parkway, Du Bois, PA 15801-5238 |
| 16504796 | | M&T BANK as Servicer LAKEVIEW LOAN SERVICING, LLC, PO BOX 840, Buffalo, NY 1424 |
| 15208334 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 21 2025 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 21 2025 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | Aug 21 2025 04:01:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | EDI: JEFFERSONCAP.COM | Aug 21 2025 04:01:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 21 2025 00:07:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | EDI: PRA.COM | Aug 21 2025 04:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:11:37 | Pinnacle Service Solutions LLC, Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219, UNITED STATES 14219-2553 |
| 15208308 | ^ | MEBN | Aug 21 2025 00:01:03 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15208309 | + | EDI: TSYS2 | Aug 21 2025 04:01:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15232679 | | EDI: Q3GTBI | Aug 21 2025 04:01:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box |

Case 20-70109-JAD    Doc 95    Filed 08/22/25    Entered 08/23/25 00:32:25    Desc Imaged
                              Certificate of Notice        Page 4 of 7

| District/off: 0315-7 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 20, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 788, Kirkland, WA 98083-0788 |
| 15208316 | | ^ MEBN | Aug 21 2025 00:01:02 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15208310 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15208312 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15215263 | | EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15208313 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15226828 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:13:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15208314 | + | EDI: PRA.COM | Aug 21 2025 04:01:00 | Carrie Gerding, Esquire, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15211422 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2025 00:07:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15208315 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2025 00:07:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 15218084 | + | Email/Text: bankruptcy@cavps.com | Aug 21 2025 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15239371 | | EDI: CITICORP | Aug 21 2025 04:01:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15208318 | + | EDI: WFNNB.COM | Aug 21 2025 04:01:00 | Comenitybank/kay, Po Box 182789, Columbus, OH 43218-2789 |
| 15208320 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 21 2025 00:07:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15212513 | | EDI: DISCOVER | Aug 21 2025 04:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15208322 | + | EDI: DISCOVER | Aug 21 2025 04:01:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15208324 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2025 00:07:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15208325 | + | Email/Text: bankruptcy@huntington.com | Aug 21 2025 00:07:00 | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15208326 | | EDI: JEFFERSONCAP.COM | Aug 21 2025 04:01:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15230438 | | EDI: JEFFERSONCAP.COM | Aug 21 2025 04:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229466 | + | Email/Text: RASEBN@raslg.com | Aug 21 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15208328 | + | EDI: JPMORGANCHASE | Aug 21 2025 04:01:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15208329 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 21 2025 00:07:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15208330 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:01:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15234899 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Aug 21 2025 00:07:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15212154 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:11:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15208332 | Email/Text: EBN@Mohela.com | Aug 21 2025 00:07:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15208331 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:07:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15233270 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15211676 | EDI: AGFINANCE.COM | Aug 21 2025 04:01:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15208333 | + EDI: AGFINANCE.COM | Aug 21 2025 04:01:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15239997 | EDI: PRA.COM | Aug 21 2025 04:01:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15238759 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:11:31 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 15208336 | + EDI: PRA.COM | Aug 21 2025 04:01:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15236717 | EDI: Q3G.COM | Aug 21 2025 04:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15231315 | EDI: SALLIEMAEBANK.COM | Aug 21 2025 04:01:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15208337 | + EDI: SALLIEMAEBANK.COM | Aug 21 2025 04:01:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15208338 | + EDI: CITICORP | Aug 21 2025 04:01:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15208339 | + EDI: SYNC | Aug 21 2025 04:01:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15208340 | + EDI: SYNC | Aug 21 2025 04:01:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15208341 | + EDI: SYNC | Aug 21 2025 04:01:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15208342 | + EDI: SYNC | Aug 21 2025 04:01:00 | Syncb/polaris Consumer, Po Box 965073, Orlando, FL 32896-5073 |
| 15208343 | + EDI: SYNC | Aug 21 2025 04:01:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15239386 | ^ MEBN | Aug 21 2025 00:02:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15239096 | + EDI: AIS.COM | Aug 21 2025 04:01:00 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15209346 | ^ MEBN | Aug 21 2025 00:01:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208344 | + EDI: SYNC | Aug 21 2025 04:01:00 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 15216625 | + EDI: CBSTDR | Aug 21 2025 04:01:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 20-70109-JAD   Doc 95   Filed 08/22/25   Entered 08/23/25 00:32:25   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 3180W | Total Noticed: 69 |

| 15208345 | + | EDI: TDBANKNORTH.COM | Aug 21 2025 04:01:00 | Tdrcs/renovate, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 15208346 | + | EDI: Q3GTBI | Aug 21 2025 04:01:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15220101 | + | Email/Text: bankruptcy@huntington.com | Aug 21 2025 00:07:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15208347 | + | EDI: CITICORP | Aug 21 2025 04:01:00 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Cavalry Investments, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15208319 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15208335 | ##+ | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kristen L Hanes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael S. Hanes thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 | User: auto | Page 5 of 5
Date Rcvd: Aug 20, 2025 | Form ID: 3180W | Total Noticed: 69

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

TOTAL: 8