IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
MICHAEL S. HANES
KRISTEN L HANES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-70109 JAD

Chapter 13

Document No.: 86

FILED
8/20/25 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ____20th____ day of ____August____, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:



U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70109-JAD |
| Michael S. Hanes | Chapter 13 |
| Kristen L Hanes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S. Hanes, Kristen L Hanes, 430 Pennsylvania Avenue, Curwensville, PA 16833-1366 |
| 15208311 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15208317 | + | Centre Pathology Associates, P.O. Box 197, State College, PA 16804-0197 |
| 15208321 | + | David J. Apothaker, Esquire, Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15208323 | + | Dr. Melanie E. Jordan, 816 State Street, Curwensville, PA 16833-1039 |
| 15208327 | + | Johnson Motors, Inc., 1891 Blinker Parkway, Du Bois, PA 15801-5238 |
| 16504796 | | M&T BANK as Servicer LAKEVIEW LOAN SERVICING, LLC, PO BOX 840, Buffalo, NY 1424 |
| 15208334 | + | Penn Highlands DuBois, P.O. Box 447, Du Bois, PA 15801-0447 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 21 2025 00:07:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 00:07:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 21 2025 00:07:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:14:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:11:31 | Pinnacle Service Solutions LLC, Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219, UNITED STATES 14219-2553 |
| 15208308 | ^ | MEBN | Aug 21 2025 00:01:02 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15208309 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2025 00:07:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15232679 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 21 2025 00:07:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15208316 | ^ | MEBN | Aug 21 2025 00:01:04 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15208310 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:12:05 | Cap1/cabel, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15208312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:11:41 | Capital One, Po Box 30253, Salt Lake City, UT |

Case 20-70109-JAD  Doc 96  Filed 08/22/25  Entered 08/23/25 00:32:25  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 84130-0253 |
| 15215263 | | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 21 2025 00:13:37 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15208313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 21 2025 00:25:06 | | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15226828 | | Email/PDF: bncnotices@becket-lee.com<br>Aug 21 2025 00:13:07 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15208314 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 21 2025 00:12:40 | | Carrie Gerding, Esquire, c/o Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15211422 | + | Email/Text: bankruptcy@cavps.com<br>Aug 21 2025 00:07:00 | | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15208315 | + | Email/Text: bankruptcy@cavps.com<br>Aug 21 2025 00:07:00 | | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 15218084 | + | Email/Text: bankruptcy@cavps.com<br>Aug 21 2025 00:07:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15239371 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Aug 21 2025 00:11:43 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15208318 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 21 2025 00:07:00 | | Comenitybank/kay, Po Box 182789, Columbus, OH 43218-2789 |
| 15208320 | + | Email/Text: bdsupport@creditmanagementcompany.com<br>Aug 21 2025 00:07:00 | | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15212513 | | Email/Text: mrdiscen@discover.com<br>Aug 21 2025 00:07:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15208322 | + | Email/Text: mrdiscen@discover.com<br>Aug 21 2025 00:07:00 | | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15208324 | + | Email/Text: nsm_bk_notices@mrcooper.com<br>Aug 21 2025 00:07:00 | | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15208325 | + | Email/Text: bankruptcy@huntington.com<br>Aug 21 2025 00:07:00 | | Huntington National Ba, Po Box 1558, Columbus, OH 43216-1558 |
| 15208326 | | Email/Text: JCAP_BNC_Notices@jcap.com<br>Aug 21 2025 00:07:00 | | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15230438 | | Email/Text: JCAP_BNC_Notices@jcap.com<br>Aug 21 2025 00:07:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15229466 | + | Email/Text: RASEBN@raslg.com<br>Aug 21 2025 00:07:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15208328 | + | Email/PDF: ais.chase.ebn@aisinfo.com<br>Aug 21 2025 00:11:46 | | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15208329 | + | Email/Text: key_bankruptcy_ebnc@keybank.com<br>Aug 21 2025 00:07:00 | | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15208330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 21 2025 00:36:35 | | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15234899 | + | Email/Text: nsm_bk_notices@mrcooper.com<br>Aug 21 2025 00:07:00 | | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 15212154 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 21 2025 00:13:45 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15208332 | | Email/Text: EBN@Mohela.com<br>Aug 21 2025 00:07:00 | | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |

| Recipient ID | | Notice Method | Timestamp | Recipient |
|---|---|---|---|---|
| 15208331 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:07:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15233270 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15211676 | | Email/PDF: cbp@omf.com | Aug 21 2025 00:13:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15208333 | + | Email/PDF: cbp@omf.com | Aug 21 2025 00:13:10 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15239997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:24:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15238759 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:12:42 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 15208336 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:24:44 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15236717 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15231315 | | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 21 2025 00:07:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15208337 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 21 2025 00:07:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 15208338 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:12:54 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15208339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:24:56 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15208340 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:12:29 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15208341 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:11:22 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15208342 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:12:49 | Syncb/polaris Consumer, Po Box 965073, Orlando, FL 32896-5073 |
| 15208343 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:36:34 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15239386 | ^ | MEBN | Aug 21 2025 00:02:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15239096 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 00:14:08 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15209346 | ^ | MEBN | Aug 21 2025 00:02:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208344 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:13:46 | Synchrony Bank/Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |
| 15216625 | + | Email/Text: tdebn@credbankserv.com | Aug 21 2025 00:07:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15208345 | + | Email/Text: bankruptcy@td.com | Aug 21 2025 00:07:00 | Tdrcs/renovate, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |
| 15208346 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 21 2025 00:07:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15220101 | + | Email/Text: bankruptcy@huntington.com | Aug 21 2025 00:07:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

Case 20-70109-JAD    Doc 96    Filed 08/22/25    Entered 08/23/25 00:32:25    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| 15208347 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|---|---|---|---|---|
| | | | Aug 21 2025 00:25:06 | Tractor Supply/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Cavalry Investments, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15208319 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15208335 | ##+ | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kristen L Hanes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael S. Hanes thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 8