# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kristen L. Hanes fka Kristen L Nixon** | **BK NO. 20-70109 JAD** |
|      **Michael S. Hanes aka Mike Hanes** | **Chapter 13** |
|           **Debtor(s)** | **Related to Claim No. 19** |
| **LAKEVIEW LOAN SERVICING, LLC** | |
|               **Movant** | |
|     **vs.** | |
| **Kristen L. Hanes fka Kristen L Nixon** | |
| **Michael S. Hanes aka Mike Hanes** | |
|           **Debtor(s)** | |
| **Rhonda J. Winnecour**, | |
|          **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 11, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kristen L. Hanes fka Kristen L Nixon
430 Pennsylvania Avenue
Curwensville, PA 16833

Michael S. Hanes aka Mike Hanes
430 Pennsylvania Avenue
Curwensville, PA 16833

Attorney for Debtor(s)
Kenneth P. Seitz, Esq.
Law Offices of Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658

Trustee
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: October 11, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com